UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:   NICHOLAS W MELTON                    CASE NO.   09-94096
         KIMBERLY C MELTON
DEBTOR(S)

## OBJECTION TO THE
## PRE-CONFIRMATION AMENDED PLAN

Comes now the Trustee, Joseph M. Black, Jr., and objects to the Amended Plan filed February 3, 2010 for the following reason(s):

1. The Amended Plan is not feasible; it fails to provide for the payment in full of all secured, priority and administrative debts listed.

Dated: February 11, 2010

Respectfully Submitted,

  /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone: (812) 524-7211
Fax:    (812) 523-8838
Email: jblacktrustee@trustee13.com

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr. ***

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: NICHOLAS W MELTON                CASE NO.   09-94096
       KIMBERLY C MELTON

DEBTOR(S)
_____

### CERTIFICATE OF SERVICE
_____

     I hereby certify that on February 11, 2010, a copy of the OBJECTION TO THE PRE-CONFIRMATION AMENDED PLAN was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Richard Harris    richnvoni@yahoo.com
U.S. Trustee  ustpregion10.in.ecf@usdoj.gov

     I further certify that on February 11, 2010, a copy of the OBJECTION TO THE PRE-CONFIRMATION AMENDED PLAN was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Nicholas W Melton, PO Box 333, Lanesville, IN 47136
Kimberly C Melton, PO Box 333, Lanesville, IN 47136

                                                  /s/ Joseph M. Black, Jr.
                                               Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr. ***