United States Bankruptcy Court for the Southern District of Indiana
New Albany Division
Joseph M. Black, Jr. Standing Trustee

Page 1

| In RE: | NICHOLAS W MELTON | KIMBERLY C MELTON | Case Number | 5/12/2010 |
|---|---|---|---|---|
| | PO BOX 333 | | **0994096 BHL** | |
| | LANESVILLE IN 47136 | | SS #:  xxx-xx-6400   xxx-xx-0337 | |

## REPORT ON CLAIMS

| | Creditor | Address | Date Filed | Amount Filed | Int Rate | Class |
|---|---|---|---|---|---|---|
| 001-0 | RICHARD HARRIS<br>PO BOX 195005 | C/O COMMANDING OFFICER - USCG<br>KODIAK,AK 99619- | 12/31/2009 | 2,550.00 | | Legal |
| 001-1 | RICHARD HARRIS<br>PO BOX 195005 | C/O COMMANDING OFFICER - USCG<br>KODIAK,AK 99619- | 12/31/2009 | 111.00 | | Direct |
| 001-2 | RICHARD HARRIS<br>PO BOX 195005 | C/O COMMANDING OFFICER - USCG<br>KODIAK,AK 99619- | 12/31/2009 | 500.00 | | Objection |
| 002-0 | JP MORGAN CHASE BANK NA<br>7255 BAYMEADOWS WAY, JAXA2035 | WASHINGTON MUTUAL<br>JACKSONVILLE,FL 32256- | 12/29/2009 | 139,530.96 | | Continuing |
| 002-1 | JP MORGAN CHASE BANK NA<br>7255 BAYMEADOWS WAY, JAXA2035 | WASHINGTON MUTUAL<br>JACKSONVILLE,FL 32256- | 12/29/2009 | 1,317.38 | | Secured |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21125 | RE: PAYMENT DEPT<br>PHILADELPHIA,PA 19114- | 03/04/2010 | 8,407.25 | | Priority |
| 003-1 | INTERNAL REVENUE SERVICE<br>PO BOX 21125 | RE: PAYMENT DEPT<br>PHILADELPHIA,PA 19114- | 03/04/2010 | 623.82 | | Unsecured |
| 004-0 | WASHINGTON MUTUAL/CHASE | PO BOX 9001123<br>LOUISVILLE,KY 40290-1123 | | 0.00 | | Not Filed |
| 005-0 | AMERICAN EXPRESS BANK FSB<br>PO BOX 3001 | c/o BECKET & LEE LLP<br>MALVERN,PA 19355-0701 | 01/07/2010 | 935.20 | | Unsecured |
| 006-0 | FIA CARD SERVICES NA aka BKOF<br>MS 550, PO BOX 91121 | C/O B-LINE, LLC<br>SEATTLE,WA 98111- | 03/25/2010 | 55,063.51 | | Unsecured |
| 007-0 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 12914 | PORTFOLIO RECOVERY ASSOCIATES<br>NORFOLK,VA 23541- | 03/01/2010 | 12,661.22 | | Unsecured |
| 008-0 | CAPITAL ONE BANK USA NA<br>PO BOX 71083 | BY AMERICAN INFOSOURCE LP AS A<br>CHARLOTTE,NC 28272-1083 | 01/22/2010 | 6,062.19 | | Unsecured |
| 009-0 | CHASE BANK USA NA | PO BOX 15145<br>WILMINGTON,DE 19850-5145 | 01/04/2010 | 11,596.33 | | Unsecured |
| 010-0 | DISCOVER BANK<br>PO BOX 3025 | DFS SERVICES LLC<br>NEW ALBANY,OH 43054-3025 | 12/10/2009 | 13,342.82 | | Unsecured |
| 011-0 | FIA CARD SERVICES, BANK OF AME<br>1000 SAMOSET DRIVE DE5-023-03-03 | AND MBNA AMERICA BANK NA<br>NEWARK,DE 19713- | 12/08/2009 | 13,431.75 | | Unsecured |
| 012-0 | CHASE BANK USA NA<br>PO BOX 740933 | C/O CREDITORS BANKRUPTCY SVC<br>DALLAS,TX 75374- | 01/15/2010 | 410.90 | | Unsecured |
| 013-0 | PHYSICIANS MEDICAL CENTER | PO BOX 371863<br>PITTSBURGH,PA 15250-7863 | | 0.00 | | Not Filed |
| 014-0 | RBS | 480 JEFFERSON BLVD<br>WARWICK,RI 02886 | | 0.00 | | Not Filed |
| 015-0 | CHASE BANK USA NA | PO BOX 15145<br>WILMINGTON,DE 19850-5145 | 01/01/2010 | 146.52 | | Unsecured |
| 016-0 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 12914 | PORTFOLIO RECOVERY ASSOCIATES<br>NORFOLK,VA 23541- | 02/16/2010 | 8,279.40 | | Unsecured |

Continued on Next Page

United States Bankruptcy Court for the Southern District of Indiana
New Albany Division
Joseph M. Black, Jr. Standing Trustee

Page   2

In RE:   NICHOLAS W MELTON   KIMBERLY C MELTON   Case Number   **0994096  BHL**   5/12/2010

| | Creditor | Address | Date Filed | Amount Filed | Int Rate | Class |
|---|---|---|---|---|---|---|
| 017-0 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 12914 | PORTFOLIO RECOVERY ASSOCIATES<br>NORFOLK,VA 23541- | 02/19/2010 | 27,244.75 | | Unsecured |
| 666-0 | JOSEPH M BLACK, JR, TRUSTEE<br>PO BOX 846 | SEYMOUR,IN 47274- | | 0.00 | | Not Filed |

/s/ Joseph M. Black, Jr.
--------------------------------
Joseph M. Black, Jr.
Chapter 13 Trustee
Post Office Box 846
Seymour, Indiana 47274
Phone: (812) 524-7211
Fax: (812)523-8838
Email: jblacktrustee@trustee13.com